UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**John J. Struble Jr. and Michelle Lee Struble**
S.S. Nos.: xxx-xx-3290 and xxx-xx-2592
Mailing Address: 5810 Crimson Court, Mebane, NC 27302-

Case No. 10-82113

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on November 18, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: December 6, 2010

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 11/5/10
**Lastname-SS#:** Struble-3290

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Orange County | | Real Property Taxes |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Orange County | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Wells Fargo | | $3,156 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo | | $1,041 | N/A | n/a | $1,041.00 | Residence |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Chase | | $28,300 | 5.00 | $283 | $547.70 | 2009 Ford F150 |
| | BMW Finance | | $20,828 | 5.00 | $152 | $403.09 | 2006 BMW |
| | Harrington Bank | | $47,644 | 5.25 | $476 | $927.54 | Balloon Note |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | $2,107 |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $400 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$3,200** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **0.89** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Chase Auto Finance
Post Office Box 901076
Attn: Managing Agent
Fort Worth, TX 76101-2076

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Chase**
Post Office Box 15153
Wilmington, DE 19850-5153

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Alamance Regional Medical Center
1240 Huffman Mill Road
Burlington, NC 27215

Chatham Crossing Medical Cente
11312 Us Hwy N
Chapel Hill, NC 27514

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

American Express**
Post Office Box 981535
El Paso, TX 79998-1535

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Bank of America **
Post Office Box 15026
Wilmington, DE 19886-5026

DirecTV ***
Post Office Box 6550
Greenwood Village, CO 80155-6550

Experian
P.O. Box 2002
Allen, TX 75013-2002

BMW Financial
5515 Park Center
Attn: Managing Agent
Dublin, OH 43017

Harrington Bank FSB
5925 Harrington Road
Attn: Managing Agent
Chapel Hill, NC 27517

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Burlington Orthopedic P.A
1236 Huffman Mill Road
Post Office Box 209
Burlington, NC 27216

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

CBE
Post Office Box 2635
Waterloo, IA 50704-2635

Interstate Credit Collections
Post Office Box 3136
Winston Salem, NC 27102-3136

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Chase ****
Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

M&T Bank****
PO Box 1288
Attn: Managing Agent
Buffalo, NY 14240-1288

Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397

NAFS
165 Lawrence Bell Drive, Ste 100
Post Office Box 9027
Buffalo, NY 14231-9027

Warren Hay
Post Office Box 818
Hillsborough, NC 27278

NCO Financial Services **
PO Box 15630
Dept 99
Wilmington, DE 19850

Wells Fargo Home Mortgage****
Post Office Box 14547
Attn: Managing Agent
Des Moines, IA 50306-3547

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Orange County Tax Collections**
PO Box 8181
Attn: Managing Agent
Hillsborough, NC 27278

Orange County Tax Collections**
PO Box 8181
Hillsborough, NC 27278

UNC Hospitals**
Attn: Bankruptcy Department
211 Friday Center Drive
Chapel Hill, NC 27517

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858